UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **KEENANLAN ANTWOIN CLEMMONS AND LA CRESHA DANYEL ROY** § § | | **CIVIL ACTION NO.** |
| *Plaintiffs*, § § | | **1:22-CV-323** |
| **v.** § § § | | |
| **GENERAL MOTORS LLC** § | | |
| *Defendants.* § | | |

### NOTICE OF SETTLELMENT

To the honorable United States District Court Judge:

COMES NOW Defendant, General Motors LLC, ("Defendant") and hereby notifies the Court that the parties have reached a settlement in this matter. Upon completion of the settlement, the parties will submit appropriate dismissal documents.

Respectfully submitted,

**Beatty Navarre Strama PC**
901 South Mopac Expressway
Building 1, Suite 200
Austin, TX 78746
(512) 879-5050
(512) 879-5040 (FAX)

By: _____/s/ Matthew R. Beatty_____
    Matthew R. Beatty
    State Bar No. 24001169
    mbeatty@bnsfirm.com

**ATTORNEY FOR DEFENDANT GENERAL MOTORS LLC**

1

2

**CERTIFICATE OF SERVICE**

    I do hereby certify that I have on this 29th day of August 2022 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                         */s/ Matthew R. Beatty*
                         Matthew R. Beatty